MARK W. ROBERTSON (S.B. #200220)
mrobertson@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

KELLY S. WOOD (S.B. # 267518)
kwood@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendant
ENVOY AIR INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA CAMACHO PIETRI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ENVOY AIR, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 2:24-cv-03564-DJC-SCR<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>**[FED. R. CIV. P. 41(A)(1)(A)(II)]** |

**<u>ADDITIONAL COUNSEL</u>**

Larry W. Lee (State Bar Np. 228175)
lwlee@diversitylaw.com
DIVERSITY LAW GROUP, P.C.
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Kelsey A. Webber (State Bar No. 303721)
Kelsey.Webber@WebberLawGroup.com
Webber & Egbert Employment Law, P.C.
1610 R Street, Suite 300
Sacramento, CA 95811
Telephone: (916) 588-0683

Edward W. Choi, Esq. SBN 211334
LAW OFFICES OF CHOI & ASSOCIATES, APLC
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885
Email: edward.choi@choiandassociates.com

Dennis S. Hyun (State Bar No. 224240)
HYUN LEGAL, APC
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile
dhyun@hyunlegal.com

Attorneys for Plaintiff and the Class

[PROPOSED] ORDER GRANTING
JOINT STIPULATION OF
DISMISSAL

1   This Matter came before the Court on Plaintiff Brianna Camacho Pietri and
2   Defendant Envoy Air Inc.'s Joint Stipulation of Dismissal pursuant to Rule
3   41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Pursuant to the parties'
4   joint stipulation, it is hereby ORDERED:
5       1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's
6   individual claims against Envoy in the above-captioned action are DISMISSED
7   WITH PREJUDICE;
8       2.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all class
9   claims asserted against Envoy in the above-captioned action are DISMISSED
10  WITHOUT PREJUDICE; and
11      3.  Each party shall bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

    DATED this 26th day of March, 2025.

    /s/ Daniel J. Calabretta
    THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE